Dorcae E. Quinn et al., Respondents, *v.* Sara M. Strauss et al., Defendants, and Evelyn Hubbell, Appellant.

Argued March 1, 1939; decided April 4, 1939.

*B. G. Barton* for appellant.

*Jerome I. Hyman, Samuel L. Sargent* and *Irving C. Rosenkrantz* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.